IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Richard R. Rothman,
        Plaintiff,              Civ. No. 02 C 3533
      v.                            Hon. Samuel Der-Yeghiayan
City of Chicago, et al.,          Magistrate Judge Ashman
        Defendants.

**FILED** OCT 2 0 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED** OCT 2 8 2003

## NOTICE OF MOTION

TO:    J. Samuel Tenenbaum, Esq.        Patricia L. Argentati, Esq.
         Sachnoff & Weaver                     Mulherin Rehfelt & Varchetto
         30 S. Wacker Drive                    211 S. Wheaton Avenue
         29th Floor                                   Suite 200
         Chicago, IL 60606                      Wheaton, IL 60187

On .......October .27...., 2003 ........., at ................ 9:00...........a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan.................., or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room .1719 ................, Everett J. Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached <u>Plaintiff's Motion to Reconsider</u>

/s/ Richard R. Rothman
_____
Richard R. Rothman

Richard R. Rothman
212 W. Washington Street
Suite 1401
Chicago, IL 60606-3429
(312) 553-9553
Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Richard R. Rothman,
    Plaintiff,

v.

City of Chicago, et al.,
    Defendants.

No. 02 C 3533

Hon. Samuel Der-Yeghiayan
Magistrate Judge Ashman

FILED
OCT 2 0 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
OCT 2 8 2003

### Plaintiff's Motion to Reconsider Order of October 20, 2003

Plaintiff Richard R. Rothman ("Rothman") for and in support of his Motion to Reconsider Order of October 20, 2003, states as follows:

#### FACTS

1. On October 20, 2003 Plaintiff moved for a default judgment against the Bernard Rivkin ("Rivkin") and McNish, Knabe & Kroning ("MKK") as defendants in Counts 4 and 5 of the Second Amended Complaint.

2. The court denied that motion as to Rivkin and MKK based on their filing of a renewed motion to dismiss on or about July 31, 2003.

3. On or about July 3, 2003, Patricia Argentati filed a substituted appearance for Defendant Rivkin.

4. Defendant MKK has never filed an answer or other pleading after the Court's May 14, 2003 memorandum opinion.

5. Based on the fact that MKK is still represented by Lee Weisz, and that no responsive pleading was filed, Plaintiff asks the court to reconsider its order of October 20, 2003 and enter the default judgment on Counts 4 and 5 against MKK.

#### RELIEF REQUESTED

WHEREFORE, for the foregoing reasons Plaintiff requests that:

    a. a default judgment be entered on Counts 4 against MKK; and

        i. that the judgment be in the amount of $350,000.00 as and for compensatory damages; and

        ii. that the judgment include punitive damages in the amount

of $3,500,000.00; and

    iii.    such other and further relief as this Honorable Court deems just and proper; and

    iv.    attorneys' fees and costs of suit; and

b.    a default judgment be entered on Count 5 alleging retaliation under the Americans with Disabilities Act:

    i.    that the judgment be entered against MKK; and

    ii.    that the judgment be in the amount of compensatory damages in the amount of $1,000,000.00; and

    iii.    that the judgment be in the amount of $3.5 million as and for punitive damages; and

    iv.    attorneys' fees and costs of suit; and

c.    that,

    i.    MKK be ordered to pay the judgments prayed for within 21 days; and

    ii.    that the judgments be adjudicated as liens against the real property referenced in the *lis pendens* attached as Exhibit A to the motion; and

d.    that the Court allow Plaintiff 21 days to file affidavits for attorneys' fees and costs; and

e.    such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

Dated: 10/20/03

_____
Richard R. Rothman

Richard R. Rothman
212 W. Washington Street
Suite 1401
Chicago, Illinois 60606-3429
(312) 553-9553

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

COPY

| In the Matter of Richard Rothman v. City of Chicago, Betancourt Realty Network, Sual Waimberk, First American Title, Bernard Rivkin, et al. | Case Number: 02 C 3533 |
|---|---|

RECEIVED
JUL - 3 2003

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

**BERNARD RIVKIN**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE Patricia L. Argentati | SIGNATURE Christine Perakis |
| NAME Patricia L. Argentati | NAME Christine Perakis |
| FIRM MULHERIN, REHFELDT & VARCHETTO, P.C. | FIRM MULHERIN, REHFELDT & VARCHETTO, P.C. |
| STREET ADDRESS 211 S. Wheaton Avenue | STREET ADDRESS 211 S. Wheaton Avenue |
| CITY/STATE/ZIP Wheaton, IL 60187 | CITY/STATE/ZIP Wheaton, IL 60187 |
| TELEPHONE NUMBER (630) 653-9300 / FAX NUMBER (630) 653-9316 | TELEPHONE NUMBER (630) 653-9300 / FAX NUMBER (630) 653-9316 |
| E-MAIL ADDRESS pargentati@MRVlaw.com | E-MAIL ADDRESS cperakis@MRVlaw.com |
| IDENTIFICATION NUMBER 6181822 | IDENTIFICATION NUMBER 6271104 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [X] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE Patricia L. Argentati | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

## INSTRUCTIONS FOR COMPLETING APPEARANCE FORM

1. General Information

Local Rule 53.17 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete the attorney appearance section of the form.

This form is designed to permit the filing of appearances by up to four attorneys who represent the same party or parties. If more than four attorneys representing the same party or parties wish to file appearances, additional forms should be used and the letters (A), (B), (C), and (D) indicating the attorneys should be altered to (E), (F), (G),

(H), respectively for the fifth through the eighth attorneys, etc.

2. Listing of Parties for Whom the Attorney is Appearing

The names of each of the parties represented by the attorney(s) filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney(s) for:". The type of party, e.g., plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, e.g., all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. Completing Attorney Information

02 C 3533
Richard R. Rothman v. City of Chicago, et al.

## CERTIFICATE OF SERVICE

I, _Richard Rothman_, certify that I served a copy of the foregoing Plaintiff's Motion to Reconsider on the below party(ies) by delivering a copy of the same to each party at the address below by depositing the same in the U.S. mail at Clark and Washington Streets, Chicago, IL, first class mail, postage prepaid, at or before 4:30 p.m. on October 20, 2003, 2003

J. Samuel Tenenbaum, Esq.
Sachnoff & Weaver
30 S. Wacker Drive
29th Floor
Chicago, IL 60606

Attorney for FATIC and Saul Waimberk

Patricia L. Argentati, Esq.
Mulherin Rehfelt & Varchetto
211 S. Wheaton Avenue
Suite 200
Wheaton, IL 60187

Attorney for Bernard Rivkin

Lee Weisz, Esq.
33 North Dearborn
Suite 500
Chicago, IL 60602-3102
Attorney for MKK

Dated: 10/20/03

Richard R. Rothman
212 W. Washington Street
Suite 1401
Chicago, IL 60606-3429
(312) 553-9553